SUSMAN GODFREY L.L.P.
Marc M. Seltzer (54534)
Krysta Kauble Pachman (280951)
Jordan Rux (338984)
1900 Avenue of the Stars
Los Angeles, CA 90067
Tel.: (310) 789-3100
mseltzer@susmangodfrey.com
kpachman@susmangodfrey.com
jrux@susmangodfrey.com

ENTWISTLE & CAPPUCCI LLP
Vincent R. Cappucci
(*Pro Hac Vice Forthcoming*)
230 Park Avenue, 3rd Floor
New York, NY 10169
Tel.: (212) 894-7200
vcappucci@entwistle-law.com

*Counsel for Plaintiff and the Proposed Class*

*[Additional counsel listed on signature page]*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| ALTSHARES EVENT-DRIVEN ETF, on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ENDEAVOR GROUP HOLDINGS, INC., ARIEL EMANUEL, PATRICK WHITESELL, MARK SHAPIRO, EGON DURBAN, URSULA BURNS, FAWN WEAVER, STEPHEN EVANS, JACQUELINE RESES, and SILVER LAKE GROUP, L.L.C.,<br><br>Defendants. | Case No. 2:26-cv-526<br><br>**CLASS ACTION**<br><br>**PLAINTIFF'S NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS (L.R. 83-1.4)** |

Pursuant to Civil Local Rules 83-1.4, Plaintiff AltShares Event-Driven ETF ("Plaintiff") by and through their counsel of record hereby submit this Notice of Pendency of Other Actions or Proceedings.

**(a) A description sufficient to identify all other actions or proceedings.**

Two currently pending actions involve a material part of the subject matter in this civil action. The first action is *In re Endeavor Group Holdings, Inc. Stockholders' Litigation*, C.A. No. 2025-0663-LWW (Del. Ch.). This action consolidated two independently filed actions: *Ricardo Garcia v. Endeavor Group Holdings, Inc. et al.*, C.A. No. 2025-0663-JTL (Del. Ch.) ("*Garcia*") and *Handelsbanken Fonder AB v. Endeavor Group Holdings, Inc. et al.*, C.A. No. 2024-0391-LWW (Del. Ch.) ("*Handelsbanken*"). The second action is *In re Appraisal of Endeavor Group Holdings, Inc.*, C.A. No. 2025-0317-LWW (Del. Ch) (the "*Appraisal* Action").

**(b) The title of the court or administrative body in which the other actions or proceedings are pending.**

Both currently pending actions are in the Delaware Court of Chancery before Vice Chancellor Lori W. Will.

**(c) The names of the parties or participants in such other actions or proceedings.**

| *Garcia* | |
|---|---|
| Plaintiff:<br>• Ricardo Garcia, on behalf of himself and all other similarly situated former Class A stockholders of Endeavor Group Holdings, Inc. | Defendants:<br>• Endeavor Group Holdings, Inc.<br>• Ariel Emanuel<br>• Patrick Whitesell<br>• Egon Durban<br>• Stephen Evans<br>• Fawn Weaver |

| | |
|---|---|
| | • Ursula Burns<br>• Jacqueline Reses<br>• Mark Shapiro<br>• Silver Lake West Holdco, L.P.<br>• Silver Lake West Holdco II, L.P.<br>• Silver Lake West Voteco, L.L.C.<br>• Wildcat EGH Holdco, LP<br>• Wildcat OpCo Holdco, LP<br>• Endeavor Executive Holdco, LLC<br>• Endeavor Executive II Holdco, LLC<br>• Endeavor Executive PIU Holdco, LLC<br>• The Ariel Z. Emanuel Living Trust, dated November 13, 2017<br>• The Patrick Whitesell Revocable Trust, dated May 31, 2019 |

| *Handelsbanken* | |
|---|---|
| Plaintiff:<br>• Handelsbanken Fonder AB<br>• Icahn Enterprises L.P.,<br>• Icahn Partners LP,<br>• Icahn Partners Master Fund LP | Defendants:<br>• Endeavor Group Holdings, Inc.<br>• Silver Lake Technology Management, L.L.C.<br>• Silver Lake West Holdco, L.P.<br>• Silver Lake West Holdco II, L.P.<br>• Silver Lake West Voteco, L.L.C. |

| | |
|---|---|
| | • Egon Durban<br>• Stephen Evans<br>• Ariel Emanuel<br>• Patrick Whitesell<br>• Endeavor Executive Holdco, LLC<br>• Endeavor Executive II Holdco, LLC<br>• Endeavor Executive PIU Holdco, LLC<br>• The Ariel Z. Emanuel Living Trust, dated November 13, 2017<br>• The Patrick Whitesell Revocable Trust, dated May 31, 2019<br>• Mark Shapiro<br>• Jason Lublin |

| *Appraisal* Action | |
|---|---|
| Plaintiffs:<br>• FourWorld Special Opportunities Fund, LLC<br>• FW Deep Value Opportunities Fund I, LLC<br>• FMAP ACL Limited<br>• Athos Asia Event Driven Master Fund<br>• BlueHarbour Map I LP | Defendant:<br>• Endeavor Group Holdings, Inc. |

| | |
|---|---|
| • 405 ACM Ltd.,<br>• JD Squared Capital LLC<br>• Hudson View Capital LLC | |

**(d) The names, addresses and telephone numbers of the attorneys in such other actions or proceedings.**

The Court granted Icahn and Handelsbanken's motion for appointment of lead plaintiff and lead counsel, making the following attorneys leads counsel of the consolidated matters.

| | |
|---|---|
| Gregory V. Varallo<br>Benjamin M. Potts<br>Margaret Rockey<br>Bernstein Litowitz Berger & Grossmann LLP<br>500 Delaware Avenue, Suite 901<br>Wilmington, Delaware 19801<br>(302) 364-3600<br><br>Michael J. Barry, Esquire<br>Christine M. Mackintosh, Esquire<br>Vivek Upadhya, Esquire<br>Grant & Eisenhofer P.A.<br>123 Justison Street<br>Wilmington, Delaware 19801<br>(302) 622-7000<br><br>James Woolery<br>WOOLERY & Co. PLLC<br>200 East 21st Street<br>New York, NY 10010<br>(212) 287-7377 | Jeroen van Kwawegen<br>Edward Timlin<br>BERNSTEIN LITOWITZ BERGER & GROSSMAN LLP<br>1251 A venue of the Americas<br>New York, NY 10020<br>(212) 554-1400<br><br>Joel Fleming<br>David Dorfman<br>Laura Godles Milgroom<br>EQUITY LITIGATION GROUP LLP<br>1 Washington Mall #1307<br>Boston, MA 02108<br>(617) 468-8602<br><br>James Notis<br>GRANT & EISENHOFER P.A.<br>485 Lexington Ave., 29th Floor<br>New York, NY 10017<br>(646) 722 8500 |

The plaintiff in *Garcia* is represented by the following attorneys:

| | |
|---|---|
| Jeremy Friedman<br>David Tejtel<br>Lindsay La Marca | Carol C. Villegas<br>John Vielandi<br>Joshua M. Glasser |

| | |
|---|---|
| FRIEDMAN OSTER & TEJTEL PLLC<br>493 Bedford Center Road, Suite 2D<br>Bedford Hills, NY 10507<br>(888) 529-1108<br><br>Alexander Krischik<br>David Rosenfeld<br>FRIEDMAN OSTER & TEJTEL PLLC<br>19 E. 2nd Street<br>Media, PA 19063<br>(888) 529-1108<br><br>Eric L. Zagar<br>Nakib A. Kabir<br>KESSLER TOPAZ MELTZER & CHECK, LLP<br>280 King of Prussia Road<br>Radnor, PA 19087<br>(610) 667-7706<br><br>Alexander Krischik<br>David Rosenfeld<br>FRIEDMAN OSTER & TEJTEL PLLC<br>19 E. 2nd Street<br>Media, PA 19063<br>(888) 529-1108 | Jiahui (Rose) Wang<br>Tae Kyung Yang<br>LABATON KELLER SUCHAROW LLP<br>140 Broadway<br>New York, NY 10005<br>(212) 907-0700<br><br>David J. Schwartz<br>David Wales<br>Joshua Nelson<br>SAXENA WHITE P.A.<br>10 Bank Street, Suite 882<br>White Plains, NY 10606<br>(914) 437-8551<br><br>Thomas Curry<br>SAXENA WHITE P.A.<br>824 N. Market Street, Suite 1003<br>Wilmington, DE 19801<br>(302) 485-0483<br><br>Ned Weinberger<br>Brendan W. Sullivan<br>222 Delaware Avenue, Suite 1510<br>Wilmington, DE 19801<br>(302) 573-2540 |

The plaintiffs in the *Appraisal* Action are represented by the following attorneys:

| | |
|---|---|
| Jonathan M. Kass<br>Alexander J. Rigby<br>REID COLLINS & TSAI LLP<br>300 Delaware Avenue, Suite 700<br>Wilmington, DE 19801<br>(302)-467-1766 | A. Thompson Bayliss<br>April M. Ferraro<br>Michael T. Manuel<br>ABRAMS & BAYLISS LLP<br>20 Montchanin Road, Suite 200<br>Wilmington, Delaware 19807<br>(302) 778-1000 |

The defendants in the above actions are represented by the following attorneys:

| | |
|---|---|
| Raymond J. DiCamillo<br>John D. Hendershot<br>Robert L. Burns<br>John M. O'Toole<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 North King Street<br>Wilmington, Delaware 19801<br>(302) 651-7700<br><br>Blair G. Connelly<br>LATHAM & WATKINS LLP<br>1271 Avenue of the Americas<br>New York, New York 10020<br>(212) 906-1200 | Colleen C. Smith<br>LATHAM & WATKINS LLP<br>12670 High Bluff Drive<br>San Diego, California 92130<br>(858) 523-5400<br><br>Michele D. Johnson<br>Kristin N. Murphy<br>LATHAM & WATKINS LLP<br>650 Town Center Drive, 20th Floor<br>Costa Mesa, California 92626<br>(714) 540-1235 |

**(e) A brief factual statement setting forth the basis for the attorney's belief that the action involves all or a material part of the subject matter of such other actions or proceedings.**

The *Garcia*, *Handelsbanken*, and *Appraisal* actions target the same take-private merger between Endeavor Group Holdings, Inc. and Silver Lake Group, L.L.C. that forms the heart of Plaintiff's Complaint here.

DATED: January 16, 2026

*/s/ Marc M. Seltzer*

Marc M. Seltzer
Krysta Kauble Pachman
Jordan Rux
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Tel.: (310) 789-3100
Fax.: (310) 789-3150
mseltzer@susmangodfrey.com
kpachman@susmangodfrey.com

jrux@susmangodfrey.com

**ENTWISTLE & CAPPUCCI LLP**
Vincent R. Cappucci (*pro hac vice* forthcoming)
Robert N. Cappucci (*pro hac vice forthcoming*)
Jonathan H. Beemer (*pro hac vice* forthcoming)
230 Park Avenue, 3rd Floor
New York, NY 10169
Tel.: (212) 894-7200
vcappucci@entwistle-law.com
rcappucci@entwistle-law.com
jbeemer@entwistle-law.com

-and-

Andrew J. Entwistle (*pro hac vice forthcoming*)
500 W. 2nd Street, Suite 1900
Austin, TX 78701
Tel.: (512) 710-5960
aentwistle@entwistle-law.com

*Counsel for Plaintiff*