**LATHAM & WATKINS LLP**
Blair G. Connelly (SBN 174460)
  blair.connelly@lw.com
1271 Avenue of the Americas
New York, New York 10020
(212) 906-1200

Michele D. Johnson (SBN 198298)
  michele.johnson@lw.com
Kristin N. Murphy (SBN 268285)
  kristin.murphy@lw.com
650 Town Center Drive, 20th Fl.
Costa Mesa, California 92626
(714) 540-1235

Colleen C. Smith (SBN 231216)
  colleen.smith@lw.com
12670 High Bluff Drive
San Diego, California 92130
(858) 523-5400

*Attorneys for Defendant Endeavor Group Holdings, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTSHARES EVENT-DRIVEN ETF, on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ENDEAVOR GROUP HOLDINGS, INC., ARIEL EMANUEL, PATRICK WHITESELL, MARK SHAPIRO, EGON DURBAN, URSULA BURNS, FAWN WEAVER, STEPHEN EVANS, JACQUELINE RESES, and SILVER LAKE GROUP, L.L.C.,<br><br>Defendants. | CASE NO. 2:26-cv-00526<br><br>**ENDEAVOR GROUP HOLDINGS, INC.'S CORPORATE DISCLOSURE STATEMENT**<br><br>**Fed. R. Civ. P. 7.1**<br><br>Action Filed: January 16, 2026 |

1   TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO ALL
2   PARTIES AND THEIR ATTORNEYS OF RECORD:

3   Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Endeavor Group Holdings, Inc. ("Endeavor"), by and through its undersigned counsel, certifies that Endeavor's parent entity is Wildcat EGH Holdco L.P. and no publicly held corporation owns 10% or more of Endeavor's stock.

Dated: January 20, 2026

Respectfully submitted,

/s/ *Colleen C. Smith*

Colleen C. Smith
Michele D. Johnson
Blair G. Connelly
Kristin Murphy

*Attorneys for Defendant Endeavor Group Holdings, Inc.*