SUSMAN GODFREY L.L.P.
MARC SELTZER (54534)
mseltzer@susmangodfrey.com
KRYSTA PACHMAN (280951)
kpachman@susmangodfrey.com
JORDAN RUX (338984)
jrux@susmangodfrey.com
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

ENTWISTLE & CAPPUCCI LLP
Vincent R. Cappucci
(*Admitted Pro Hac Vice*)
230 Park Avenue, 3rd Floor
New York, NY 10169
Tel.: (212) 894-7200
vcappucci@entwistle-law.com

*Attorneys for Plaintiff and the Proposed Class*

*Additional Attorneys Listed on Signature Page*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

ALTSHARES EVENT-DRIVEN ETF, ON BEHALF OF ITSELF AND ALL OTHERS SIMILARLY SITUATED,

Plaintiff,

vs.

ENDEAVOR GROUP HOLDINGS, INC., ARIEL EMANUEL, PATRICK WHITESELL, MARK SHAPIRO, EGON DURBAN, URSULA BURNS, FAWN WEAVER, STEPHEN EVANS, JACQUELINE RESES, AND SILVER LAKE GROUP, L.L.C.,

Defendants.

Case No. 2:26-cv-00526-RGK-KS

Hon. R. Gary Klausner

**CLASS ACTION**

**PLAINTIFF'S NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT**

**PLEASE TAKE NOTICE** that Plaintiff AltShares Event-Driven ETF hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Court's Order Re: Defendants' Motion for Reconsideration (Dkt. No. 120) dismissing this action in its entirety on August 11, 2026, attached hereto as Exhibit A, and the prior orders, rulings, findings, stipulations, and conclusions it encompasses, including the Court's June 23, 2026 Order Re: Defendants' Motion to Dismiss (Dkt. No. 97), attached hereto as Exhibit B. This case was initially filed on January 16, 2026. No previous appeals have been filed.

This Notice of Appeal is filed protectively and concurrently with Plaintiff's Motion for Reconsideration under Local Rule 7-18 and Rule 59(e) (Dkt. No. 121). Because this Notice is filed after the Court has entered its order dismissing this action but before it has disposed of the pending Rule 59(e) motion, this Notice of Appeal "becomes effective" only after the Court has disposed of the Rule 59(e) motion and any other motions listed in Rule 4(a)(4)(A). Fed. R. App. P. 4(a)(4)(B)(i). As such, this Notice of Appeal does not deprive the Court of jurisdiction to resolve Plaintiff's Motion for Reconsideration under Local Rule 7-18 and Rule 59(e).

Pursuant to Ninth Circuit Rule 3-2(b), the Plaintiff's Representation Statement is attached to this Notice of Appeal as Exhibit C.

Dated: August 25, 2026

**SUSMAN GODFREY L.L.P.**

By: /s/ *Marc M. Seltzer*

Marc M. Seltzer
Krysta Kauble Pachman
Jordan Rux
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Tel.: (310) 789-3100
Fax.: (310) 789-3150
mseltzer@susmangodfrey.com
kpachman@susmangodfrey.com
jrux@susmangodfrey.com

**ENTWISTLE & CAPPUCCI LLP**
Vincent R. Cappucci (*pro hac vice*)
Robert N. Cappucci (*pro hac vice*)
Jonathan H. Beemer (*pro hac vice*)
230 Park Avenue, 3rd Floor
New York, NY 10169
Tel.: (212) 894-7200
vcappucci@entwistle-law.com
rcappucci@entwistle-law.com
jbeemer@entwistle-law.com

-and-

Andrew J. Entwistle (*pro hac vice*)
500 W. 2nd Street, Suite 1900
Austin, TX 78701
Tel.: (512) 710-5960
aentwistle@entwistle-law.com

*Attorneys for Plaintiff and The Proposed Class*

**Certificate of Compliance**

The undersigned, counsel of record for Plaintiff AltShares Event-Driven ETF, certifies that this Notice of Appeal contains 202 words, which complies with the word limit of L.R. 11-6.1 and the word and page limit in Paragraph 6 of this Court's Standing Order.

DATED: August 25, 2026

*/s/ Marc M. Seltzer*
Marc M. Seltzer

**Certificate of Service**

I hereby certify this 25th day of August, 2026, that I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the court using the CM/ECF system which will send notification to attorneys of record.

DATED: August 25, 2026

*_/s/ Marc M. Seltzer_*
Marc M. Seltzer