**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ALTSHARES EVENT-DRIVEN ETF, on Behalf of Itself and All Others Similarly Situated,

Plaintiff,

vs.

ENDEAVOR GROUP HOLDINGS, INC., ARIEL EMANUEL, PATRICK WHITESELL, MARK SHAPIRO, EGON DURBAN, URSULA BURNS, FAWN WEAVER, STEPHEN EVANS, JACQUELINE RESES, and SILVER LAKE GROUP, L.L.C.,

Defendants.

CASE NO. 2:26-cv-00526-RGK-KS

**~~[PROPOSED]~~ ORDER GRANTING DEFENDANTS' APPLICATION FOR LEAVE TO FILE DOCUMENT UNDER SEAL**

Hon. R. Gary Klausner

**[137]**

///
///
///

Having considered Defendants' Application for Leave to File Document Under Seal in support of their Opposition to Plaintiff's Motion for Reconsideration Under Local Rule 7-18 and Rule 59(e) and Motion for Leave to Amend, and good cause appearing, the Court hereby **GRANTS** the Application. The portions of the Opposition summarized below, which quote, summarize, or otherwise reference documents designated confidential pursuant to the Confidentiality Agreement, reference information that qualifies for protection under the parties' Protective Order, and have already been ordered by this Court to be sealed, are ordered to be sealed:

a. Portions of page 10, footnote 2; and

b. Portions of page 14.

**The Filing Party must file the sealed document pursuant to L.R. 79-5.2.2(c). The Clerk will not convert the PROPOSED sealed document submitted with the Application into a new filing. All filings must be in compliance with the Local Rules of Court and have a title/caption page.**

**IT IS SO ORDERED.**

Dated: **9/8/2026**

Gary Klausner

HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE