**LATHAM & WATKINS LLP**
Blair G. Connelly (SBN 174460)
*blair.connelly@lw.com*
1271 Avenue of the Americas
New York, New York 10020
(212) 906-1200

Michele D. Johnson (SBN 198298)
*michele.johnson@lw.com*
Kristin N. Murphy (SBN 268285)
*kristin.murphy@lw.com*
650 Town Center Drive, 20th Fl.
Costa Mesa, California 92626
(714) 540-1235

Colleen C. Smith (SBN 231216)
*colleen.smith@lw.com*
12670 High Bluff Drive
San Diego, California 92130
(858) 523-5400

*Attorneys for Defendants Endeavor Group Holdings, Inc., Ariel Emanuel, Patrick Whitesell, and Mark Shapiro*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ALTSHARES EVENT-DRIVEN ETF, on Behalf of Itself and All Others Similarly Situated,

Plaintiff,

vs.

ENDEAVOR GROUP HOLDINGS, INC., ARIEL EMANUEL, PATRICK WHITESELL, MARK SHAPIRO, EGON DURBAN, URSULA BURNS, FAWN WEAVER, STEPHEN EVANS, JACQUELINE RESES, and SILVER LAKE GROUP, L.L.C.,

Defendants.

CASE NO. 2:26-cv-00526-RGK-KS

**PROOF OF SERVICE**

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 years. My business address is Latham & Watkins LLP, 650 Town Center Drive, 20th Floor, Costa Mesa, CA 92626-1925. My email address is karen.patterson@lw.com.

On **September 9, 2026**, I served the following documents described as:

**SEALED, UNREDACTED VERSION OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR RECONSIDERATION**

by serving a true copy of the above-described document in the following manner:

## BY ELECTRONIC MAIL

The above-described document was transmitted via electronic mail to the following parties on September 9, 2026:

Marc M. Seltzer
Krysta Kauble Pachman
Jordan Rux
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars
Los Angeles, CA 90067
mseltzer@susmangodfrey.com
kpachman@susmangodfrey.com
jrux@susmangodfrey.com

Vincent R. Cappucci
Robert N. Cappucci
Jonathan H. Beemer
ENTWISTLE & CAPPUCCI LLP
230 Park Avenue, 3rd Floor
New York, NY 10169
vcappucci@entwistle-law.com
rcappucci@entwistle-law.com
jbeemer@entwistle-law.com

Andrew J. Entwistle
ENTWISTLE & CAPPUCCI LLP
500 W. 2nd Street, Suite 1900
Austin, TX 78701
aentwistle@entwistle-law.com

*Counsel for Plaintiff*

Helam Gebremariam
Kevin J. Orsini
CRAVATH SWAINE AND MOORE LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
hgebremariam@cravath.com
korsini@cravath.com

Naeun Rim
Sareen Karla Armani
MANATT PHELPS AND PHILLIPS LLP
2049 Century Park East Suite 1700
Los Angeles, CA 90067
nrim@manatt.com
sarmani@manatt.com

*Counsel for Defendant Ursula Burns and Jacqueline Reses*

Stephen Blake
Laura Lin
SIMPSON THACHER AND BARTLETT LLP
One Market Plaza, Spear Tower, Suite 3800
San Francisco, CA 94105
sblake@stblaw.com
laura.lin@stblaw.com

Chet A. Kronenberg
SIMPSON THACHER AND BARTLETT LLP
1999 Avenue of the Stars, 29th Floor
Los Angeles, CA 90067
ckronenberg@stblaw.com

William Savitt
Anitha Reddy
Adam Gogolak
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-4000
wsavitt@gibsondunn.com
areddy@gibsondunn.com
agogolak@gibsondunn.com

*Counsel for Defendants Egon Durban Stephen Evans, and Silver Lake Group LLC*

Maaren A. Shah
Jonathan E. Pickhardt
QUINN EMANUEL URQUHART AND SULLIVAN, LLP
295 Fifth Ave.
New York, NY 10016
maarenshah@quinnemanuel.com
jonpickhardt@quinnemanuel.com

Rachel H Kassabian
Emily C. Kapur
QUINN EMANUEL URQUHART AND SULLIVAN LLP
555 Twin Dolphin Drive 5th Floor
Redwood Shores, CA 94065
rachelkassabian@quinnemanuel.com
emilykapur@quinnemanuel.com

Robert E. Allen
QUINN EMANUEL URQUHART AND SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
robertallen@quinnemanuel.com

*Counsel for Defendants Ariel Emanuel, Patrick Whitesell, Mark Shapiro, and Fawn Weaver*

I declare that I am employed in the office of a member of the Bar of California, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury that the foregoing is true and correct.

Executed on **September 9, 2026**, at Costa Mesa, California.

Karen M. Patterson